**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDSEY COLLAZO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES L.P., and LVNV FUNDING, LLC,<br><br>Defendants. | Civil Action No.: 6:19-CV-06050<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, LVNV Funding, LLC by its attorneys, Gordon & Rees, LLP, certifies that LVNV Funding, LLC's parent company is Sherman Originator, LLC which is a privately-held company. LVNV Funding, LLC is 100% owned by Sherman Originator, LLC. Further, no publicly held corporation owns 10% or more of LVNV Funding, LLC.

Dated: February 27, 2019
New York, New York

          **GORDON REES SCULLY MANSUKHANI LLP**
          *Attorneys for Defendant LVNV Funding, LLC and*
          *Resurgent Capital Services L.P.*

          By:   */s/ Peter G. Siachos*
                Peter G. Siachos

          One Battery Park Plaza, Floor 28
          New York, New York 10004
          T: (973) 549-2531
          F: (973) 377-1911
          E:  psiachos@grsm.com