UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSEY COLLAZO, individually and on behalf of others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>RESURGENT CAPITAL SERVICES L.P., and LVNV FUNDING, LLC,<br><br>       Defendants. | Civil Action No.: 6:19-CV-06050<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Resurgent Capital Services, L.P. by its attorneys, Gordon & Rees Scully Mansukhani, LLP, certifies that it is 99% owned by Resurgent Holdings, LLC and 1% owned by Alegis–Group, LLC, both of which are privately-held companies, and no publicly held corporation owns 10% or more of its stock.

Dated: February 27, 2019
   New York, New York

            **GORDON REES SCULLY MANSUKHANI LLP**
            *Attorneys for Defendant LVNV Funding, LLC and*
            *Resurgent Capital Services L.P.*

            By: */s/ Peter G. Siachos*
               Peter G. Siachos

            One Battery Park Plaza, Floor 28
            New York, New York 10004
            T: (973) 549-2531
            F: (973) 377-1911
            E: psiachos@grsm.com