Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| LINDSEY COLLAZO, individually and on behalf of others similarly situated, | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-6050-EAW |
| Plaintiff, | |
| v. | |
| RESURGENT CAPITAL SERVICES, L.P. and LVNV FUNDING LLC, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants' motion to dismiss is granted.

Date: March 12, 2020              MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/K.McMillan
                                      Deputy Clerk